**LAW OFFICE OF STEWART KATZ**
STEWART KATZ, State Bar #127425
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678
Facsimile: (916) 444-3364

Attorney for Plaintiffs ESTATE OF MATTHEW ZAISER, JAMES ZAISER and JUDY ZAISER

**BARKETT & GUMPERT**
FRANKLIN G. GUMPERT, State Bar #66051
3400 Cottage Way, Suite Q
Sacramento, CA 95825
Telephone: (916) 481-3683
Facsimile: (916) 481-3948

Attorneys for Defendants COUNTY OF EL DORADO and JEFF NEVES

**PORTER SCOTT**
CARL L. FESSENDEN
350 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: (916) 929-1481
Facsimile: (916) 927-3706

Attorneys for Defendants STEVE SCHOFIELD, AARON CUDDEBACK, and SEAN GILLESPIE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of MATTHEW ZAISER, et al. | NO. 2:08-CV-02529 WBS EFB |
| Plaintiffs, | |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER [F.R.C.P. SECTION 41(a)(1)** |
| COUNTY OF EL DORADO, et. al | |
| Defendants. | Complaint Filed: 10/23/08 |
| _____/ | |

//

STIPULATION OF DISMISSAL WITH PREJUDICE [F.R.C.P. SECTION 41(a)(1)]

1

1   It is hereby stipulated, pursuant to Rule 41(a)(1) of the Federal Rules of Civil
2   Procedure, by and between the Plaintiffs ESTATE OF MATTHEW ZAISER, JAMES
3   ZAISER and JUDY ZAISER, by and through their attorney Stewart Katz, and Defendants
4   COUNTY OF EL DORADO and JEFF NEVES, by and through their attorney Franklin G.
5   Gumpert, and Defendants STEVE SCHOFIELD, AARON CUDDEBACK, and SEAN
6   GILLESPIE, by and through their attorney Carl L. Fessenden, that the entire action is
7   dismissed with prejudice forthwith.  Each of those parties are to bear their own attorney's
8   fees and costs.

**IT IS SO STIPULATED.**

DATED:  October 29, 2009          LAW OFFICE OF STEWART KATZ

                                  By:    /s/ Stewart Katz
                                         STEWART KATZ
                                         Attorney for Plaintiffs ESTATE OF
                                         MATTHEW ZAISER, JAMES ZAISER
                                         and JUDY ZAISER


DATED:  October 29, 2009          BARKETT & GUMPERT

                                  By:    /s/ Franklin G. Gumpert
                                         FRANKLIN G. GUMPERT
                                         Attorneys for Defendants COUNTY OF EL
                                         DORADO and JEFF NEVES


DATED:  October 29, 2009          PORTER SCOTT

                                  By:    /s/Carl L. Fessenden
                                         CARL L. FESSENDEN

                                         Attorneys for Defendants STEVE
                                         SCHOFIELD, ARON CUDDEBACK and
                                         SEAN GILLESPIE

STIPULATION OF DISMISSAL WITH PREJUDICE [F.R.C.P. SECTION 41(a)(1)]

**ORDER**

1. The parties having stipulated and good cause appearing therefore, IT IS SO ORDERED.

DATED: November 2, 2009

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL WITH PREJUDICE [F.R.C.P. SECTION 41(a)(1)]